UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. MELANIE BERZAS | CIVIL ACTION |
| VERSUS | NO. 14-199-JWD-RLB |
| HEALTH CARE OPTIONS, INC.;<br>HEALTH CARE OPTIONS OF<br>LAFAYETTE, INC.; HOME CARE<br>OPTIONS HOUSTON, INC.; and<br>HOWARD AUSTIN, II, IN HIS<br>CAPACITY AS EXECUTOR OF THE<br>ESTATE OF ANNETTE AUSTIN AND<br>IN HIS INDIVIDUAL CAPACITY | |

### JOINT NOTICE OF SETTLEMENT OF THE UNITED STATES OF AMERICA'S CLAIMS UNDER THE FALSE CLAIMS ACT

In accordance with L. Civ. R. 16(c), the United States of America, Relator Melanie Berzas, and Defendants Health Care Options, Inc.; Health Care Options of Lafayette, Inc.; Home Care Options Houston, Inc.; and Howard Austin, II, in his capacity as executor of the Estate of Annette Austin and in his individual capacity, notify the Court that they have reached an agreement to settle the United States' claims under the False Claims Act in this matter. Relator Melanie Berzas represents that she has no objection to the settlement and agrees that the settlement is fair, adequate, and reasonable under all the circumstances. However, Ms. Berzas reserves her claims against Defendants for reasonable expenses, attorneys' fees, and costs under 31 U.S.C. § 3730(d); those claims are not resolved by the parties' settlement.

The United States will separately move the Court for entry of a Stipulated Order and Consent Judgment against Defendants.

Baton Rouge, Louisiana, this 7th day of October, 2019.

UNITED STATES OF AMERICA, by

BRANDON J. FREMIN
UNITED STATES ATTORNEY


/s/ Chase E. Zachary
Chase E. Zachary, LBN 37366
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana  70801
Telephone: (225) 389-0443
Fax: (225) 389-0685
E-mail: chase.zachary@usdoj.gov


COUNSEL FOR DEFENDANTS:

/s/ John L. Henchy
John L. Henchy, LBN 14369
HENCHY LAW FIRM, LLC
7737 Old Hammond Highway, Suite B-4
Baton Rouge, Louisiana 70806
Telephone: (225) 831-8000
Fax: (225) 923-1234
E-mail: jlh@hvhlegal.com

Case 3:14-cv-00199-JWD-RLB   Document 49   10/07/19   Page 3 of 3

COUNSEL FOR RELATOR:

/s/ Salvadore Christina, Jr.
Salvadore Christina, Jr., LSB #27198
Becnel Law Firm, LLC
425 West Airline Highway, Ste. B
LaPlace, LA 70068
(985) 536-1186
(985) 536-6445 (facsimile)

Thomas M. Greene, Esq. Mass. BBO# 210020
tgreene@greenellp.com
Michael Tabb, Esq. Mass. BBO# 491310
matabb@greenellp.com
Tucker D. Greene, Esq. Mass. BBO# 682943
tucker.greene@greenellp.com
GREENE LLP
One Liberty Square, Suite 1200
Boston, MA 02109
(617) 261-0040

**CERTIFICATE OF SERVICE**

I certify that on October 7, 2019, I electronically filed the *Joint Notice of Settlement of the United States of America's Claims Under the False Claims Act* with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record. A copy of the Joint Notice was also sent by electronic mail to counsel for the defendants.

Baton Rouge, Louisiana, this 7th day of October, 2019.

/s/ Chase E. Zachary
Chase E. Zachary, LBN 37366
Assistant United States Attorney